UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| DAVID A. SMALLWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:18CV00263 SNLJ |
| | ) | |
| MIDLAND CREDIT | ) | |
| MANAGEMENT, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the Rule 16 Scheduling Conference is reset on

***Tuesday, March 12, 2019 at 10:30 a.m.*** by telephone. Chambers will initiate the call.

Dated this 6th day of March, 2019.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE